# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

The United States of America

        Plaintiff,

     **V.**

0.73 Acres of Land et al

        Defendant

No.     08cv0276-LAB-JMA

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE.**

*(FILED stamp: 08 FEB 20 AM 10:50  CLERK, U.S. DISTRICT, SOUTHERN DISTRICT  DEPUTY  BY:)*

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:     "Low Numbered" Case No.      08cv0142-IEG-AJB

    Title:      The United States of America v. 2.78 Acres of Land et al

    Nature of Case:      40:3114 - Land Condemnation

The above "low numbered" case and the present case appear

  **x**   (1)        to arise from the same or substantially identical transactions, happenings or events; or

  **x**   (2)        involve the same or substantially the same parties or property; or

       (3)        involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or

  **x**   (4)        call for determination of the same or substantially identical questions of law; or

       (5)        where a case is refiled within one year of having previously been terminated by the Court; or

  **x**   (6)        for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #:     08cv0276-IEG (AJB)

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

                                **W. Samuel Hamrick, Jr.**, Clerk of Court,

DATED:     February 14, 2008      By:                 s/ L Odierno

                                             (By) Deputy,

## ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule.

DATED:     2/15/08                           *Irma E. Gonzalez*

                                        Irma E. Gonzalez
                                        United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Irma E. Gonzalez and Magistrate Judge Anthony J. Battaglia for all further proceedings.

DATED:     2-19-08                           *Larry A. Burns*

                                         Larry A. Burns
                                        United States District Judge